```
BRYAN BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
Deputy Chief, Civil Fraud Section
CHARLES E. CANTER, AUSA
California State Bar No. 263197
     Room 7516, Federal Building
     300 N. Los Angeles Street
     Los Angeles, California 90012
     Tel.: 213.894.0620|Fax: 213.894.7819
     Email: charles.canter@usdoj.gov
JAMIE ANN YAVELBURG
COLIN M. HUNTLEY
BREANNA L. PETERSON
JONATHAN K. HOERNER
U.S. Department of Justice
Civil Division
     P.O. Box 261
     Ben Franklin Station
     Washington, D.C. 20004
     Tel: 202.305.3671
     Email: breanna.l.peterson@usdoj.gov
Attorneys for the
United States of America
```

FILED
CLERK, U.S. DISTRICT COURT
2/12/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH____ DEPUTY

UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *et al.*, *ex rel.* **[UNDER SEAL]**,<br><br>            Plaintiff[s],<br><br>               v.<br><br>**[UNDER SEAL]**,<br><br>            Defendant[s]. | No. CV 17-01391 PSG (KSx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES AND STATE OF CALIFORNIA TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

BRYAN BOYNTON
Acting Assistant Attorney General, Civil Division
TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM MELTZER, AUSA
Deputy Chief, Civil Fraud Section
CHARLES E. CANTER, AUSA
California State Bar No. 263197
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Tel.: 213.894.0620|Fax: 213.894.7819
    Email: charles.canter@usdoj.gov
JAMIE ANN YAVELBURG
COLIN M. HUNTLEY
BREANNA L. PETERSON
JONATHAN K. HOERNER
U.S. Department of Justice
Civil Division
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20004
    Tel: 202.305.3671
    Email: breanna.l.peterson@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *et al.*, *ex rel.* THE SAM JONES COMPANY, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>BIOTRONIK, INC.; CEDARS-SINAI MEDICAL CENTER; and DR. JEFFREY GOODMAN,<br><br>    Defendants. | No. CV 17-01391 PSG (KSx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES AND STATE OF CALIFORNIA TO DECLINE INTERVENTION<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** |

The United States, pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of California, pursuant to the California False Claims Act, Cal. Gov't Code § 12652(a)(3)(B), hereby notify the Court of their respective decisions not to intervene in the above-captioned action. The State of California, on behalf of the named states (*i.e.*, the other states named as *qui tam* plaintiffs in addition to California), further notifies the Court that those named states decline to intervene.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) permits the *qui tam* plaintiff The Sam Jones Company, LLC (the "Relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The California False Claims Act similarly so provides, Cal. Gov't Code § 12652(c)(1), as do most of the named states' false claims statutes.[1] Notwithstanding the language of 31 U.S.C. § 3730(b)(1), the Ninth Circuit has held that the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop*

---

[1] One exception is the Maryland False Health Claims Act, which provides that "[i]f the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604(a)(7); *see also United States ex rel. Dan Abrams Co. LLC v. Medtronic, Inc.*, No. CV15-01212-JAK-(ASx), 2017 WL 4023092, *12 (C.D. Cal. Sept. 11, 2017) (unpublished). Accordingly, because the State of Maryland declines to intervene, all claims asserted on behalf of the State of Maryland should be dismissed without prejudice at the appropriate time.

1 *Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).  Accordingly, should
2 either the relator or the defendants propose that this action be
3 dismissed, settled, or otherwise discontinued, the United States and
4 State of California request that the parties notify the United
5 States and the State of California of the same, and that the Court
6 provide the United States and the State of California with an
7 opportunity to be heard before ruling or granting its approval.
8    Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United
9 States requests service of all pleadings filed in this action; the
10 United States also requests that orders issued by the Court in this
11 action be sent to the United States' counsel. The State of
12 California, on its own behalf and on behalf of the other states,
13 requests the same. The United States and the State of California, on
14 its own behalf and on behalf of the named states, reserve their
15 rights to order any deposition transcripts, to intervene in this
16 action at a later date for good cause, and to seek the dismissal of
17 this action or any claims therein.  The United States and the States
18 of California also request service of all notices of appeal in this
19 action.
20    The United States and the State of California will separately
21 file an application requesting the unsealing of this action.

22 DATED: February 12, 2021        TRACY L. WILKISON
                                   Acting United States Attorney
23                                 DAVID M. HARRIS, AUSA
                                   Chief, Civil Division
24                                 DAVID K. BARRETT, AUSA
                                   Chief, Civil Fraud Section
25                                 ABRAHAM MELTZER, AUSA
                                   Deputy Chief, Civil Fraud Section
26
27                                 _____
                                   CHARLES E. CANTER, AUSA
28                                 Attorneys for the United States

of America

DATED: 2/11/2021

ERIKA HIRAMATSU
Supervising Deputy Attorney General

*/s/ David Zlotnick*
DAVID ZLOTNICK
Deputy Attorney General
California Department of Justice
Attorneys for the State of California

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action.  I am employed by the Office of United States Attorney, Central District of California.  My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On February 12, 2021, I served the NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION on each person or entity named below by e-mail.

Date of e-mailing:  February 12, 2021.  Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

Mychal Wilson
mw@mychalwilsonesq.com
The Law Office of Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

David Zlotnick
David.Zlotnick@doj.ca.gov
Office of the Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 12, 2021, at Los Angeles, California.

CHARLES E. CANTER

4