1  BRIAN BOYNTON
   Acting Assistant Attorney General, Civil Division
2  TRACY L. WILKISON
   Acting United States Attorney
3  DAVID M. HARRIS, AUSA
   Chief, Civil Division
4  DAVID K. BARRETT, AUSA
   Chief, Civil Fraud Section
5  ABRAHAM MELTZER, AUSA
   Deputy Chief, Civil Fraud Section
6  CHARLES E. CANTER, AUSA
   California State Bar No. 263197
7       Room 7516, Federal Building
        300 N. Los Angeles Street
8       Los Angeles, California 90012
        Tel.: 213.894.0620|Fax: 213.894.7819
9       Email: charles.canter@usdoj.gov
   JAMIE ANN YAVELBERG
10 COLIN M. HUNTLEY
   BREANNA L. PETERSON
11 JONATHAN K. HOERNER
   U.S. Department of Justice
12 Civil Division
        P.O. Box 261
13      Ben Franklin Station
        Washington, D.C. 20004
14      Tel: 202.305.3671
        Email: breanna.l.peterson@usdoj.gov
15 Attorneys for the
   United States of America

16

17                    UNITED STATES DISTRICT COURT

18        FOR THE CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| 19  UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *et al.*, | No. CV 17-01391 PSG (KSx) |
| 20  *ex rel.* **[UNDER SEAL]**, | STIPULATION REGARDING PARTIAL UNSEALING OF CASE |
| 21              Plaintiff[s], | |
| 22              v. | **[FILED UNDER SEAL** PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)] |
| 23  **[UNDER SEAL]**, | |
| 24              Defendant[s]. | [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER PARTIALLY UNSEALING CASE] |

25

26

27

28

```
 1  BRIAN BOYNTON
    Acting Assistant Attorney General, Civil Division
 2  TRACY L. WILKISON
    Acting United States Attorney
 3  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 4  DAVID K. BARRETT, AUSA
    Chief, Civil Fraud Section
 5  ABRAHAM MELTZER, AUSA
    Deputy Chief, Civil Fraud Section
 6  CHARLES E. CANTER, AUSA
    California State Bar No. 263197
 7       Room 7516, Federal Building
         300 N. Los Angeles Street
 8       Los Angeles, California 90012
         Tel.: 213.894.0620|Fax: 213.894.7819
 9       Email: charles.canter@usdoj.gov
    JAMIE ANN YAVELBERG
10  COLIN M. HUNTLEY
    BREANNA L. PETERSON
11  JONATHAN K. HOERNER
    U.S. Department of Justice
12  Civil Division
         P.O. Box 261
13       Ben Franklin Station
         Washington, D.C. 20004
14       Tel: 202.305.3671
         Email: breanna.l.peterson@usdoj.gov
15  Attorneys for the
    United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *et al.*, *ex rel.* THE SAM JONES COMPANY, LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>BIOTRONIK, INC.; CEDARS-SINAI MEDICAL CENTER; and DR. JEFFREY GOODMAN,<br><br>            Defendants. | No. CV 17-01391 PSG (KSx)<br><br>STIPULATION REGARDING PARTIAL UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER PARTIALLY UNSEALING CASE] |

The United States and the State of California—on its own behalf and on behalf of the named Plaintiff States—having declined to intervene in this case, the United States, the State of California, and the *qui tam* plaintiff The Sam Jones Company, LLC (the "Relator") stipulate that the Complaint, any Amended Complaint, the February 12, 2021 Notice of Declination, this Stipulation, and the accompanying proposed Order should be unsealed. The United States, the State of California, and the Relator further stipulate that all other papers filed or lodged to date in this action since the filing of the Complaint should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended. All papers hereafter filed or lodged in this action should not be sealed.[1]

A proposed Order accompanies this Stipulation.

//
//
//
//
//

---

[1] As noted in the Notice of Declination, the Maryland False Health Claims Act provides that "[i]f the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604(a)(7); *see also United States ex rel. Dan Abrams Co. LLC v. Medtronic, Inc.*, No. CV15-01212-JAK-(ASx), 2017 WL 4023092, *12 (C.D. Cal. Sept. 11, 2017) (unpublished). Accordingly, because the State of Maryland has declined to intervene, all claims asserted on behalf of the State of Maryland should be dismissed without prejudice.

1

```
 1  DATED: April 20, 2021__         TRACY L. WILKISON
                                    Acting United States Attorney
 2                                  DAVID M. HARRIS, AUSA
                                    Chief, Civil Division
 3                                  DAVID K. BARRETT, AUSA
                                    Chief, Civil Fraud Section
 4                                  ABRAHAM MELTZER, AUSA
                                    Deputy Chief, Civil Fraud Section
 5
 6                                  /s/ Charles E. Canter
                                    _____
 7                                  CHARLES E. CANTER, AUSA
                                    Attorneys for the United States
 8                                  of America

 9  DATED: April 27, 2021           ERIKA HIRAMATSU
                                    Supervising Deputy Attorney General
10
11                                  _____
                                    DAVID ZLOTNICK
12                                  Deputy Attorney General
                                    California Department of Justice
13                                  Attorneys for the State of California

14                                  On behalf of the Plaintiff States

15  DATED:                          THE LAW OFFICE OF MYCHAL WILSON

16
17                                  _____
                                    MYCHAL WILSON
18                                  Attorneys for Relator
```

| | |
|---|---|
| DATED: April 20, 2021__ | TRACY L. WILKISON<br>Acting United States Attorney<br>DAVID M. HARRIS, AUSA<br>Chief, Civil Division<br>DAVID K. BARRETT, AUSA<br>Chief, Civil Fraud Section<br>ABRAHAM MELTZER, AUSA<br>Deputy Chief, Civil Fraud Section<br><br>*/s/ Charles E. Canter*<br>_____<br>CHARLES E. CANTER, AUSA<br>Attorneys for the United States<br>of America |
| DATED: _____ | ERIKA HIRAMATSU<br>Supervising Deputy Attorney General<br><br>_____<br>DAVID ZLOTNICK<br>Deputy Attorney General<br>California Department of Justice<br>Attorneys for the State of California<br><br>On behalf of the Plaintiff States |
| DATED: 4/27/2021 | THE LAW OFFICE OF MYCHAL WILSON<br><br>*/s/ Mychal Wilson*<br>_____<br>MYCHAL WILSON<br>Attorneys for Relator |

2

PROOF OF SERVICE BY E-MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On April 27, 2021, I served the STIPULATION REGARDING PARTIAL UNSEALING OF CASE on each person or entity named below by e-mail.

Date of e-mailing: April 27, 2021. Place of e-mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom e-mailed:

Mychal Wilson
mw@mychalwilsonesq.com
The Law Office of Mychal Wilson
401 Wilshire Blvd., 12th Floor
Santa Monica, CA 90401

David Zlotnick
David.Zlotnick@doj.ca.gov
Office of the Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
1455 Frazee Road, Suite 315
San Diego, CA 92108

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2021, at Los Angeles, California.

CHARLES E. CANTER